[No. 15940-0-III.    Division Three.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON
REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-8-00072-2, Michael E. Cooper, J., entered June 19, 1996. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 18973-9-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINGO
ZARATE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-1-00113-2, James B. Sawyer II, J., entered December 7, 1994. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 19033-8-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENNEN
PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-8-00221-4, William Knebes, J. Pro Tem., entered December 21, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 19997-1-II.    Division Two.    July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
HENRY BLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-01095-4, Thomas L. Lodge, J., entered October 11, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Morgan, J.